## BENEDICT v. BROWNSON.

A witness is not admissible where he has a promise to receive part of the avails of the suit; though, if the party was indebted to him, and had no visible means of payment but by recovery, that alone would not exclude him.

IN this case the plaintiff offered a witness, who had engaged to pay his, the plaintiff's, attorney for carrying on the suit (the plaintiff being a poor man), and had a promise from the plaintiff that part of the avails of the suit, if a

recovery was had, should be applied to the payment of a debt then due to the witness from the plaintiff.    But,

By the COURT.    He is interested and inadmissible, as he has a promise to share the benefit of the recovery, if one is had:    Though, if the objection went no further than, that the plaintiff was indebted to him, and had no visible means of payment, excepting by a recovery, it would not exclude him.    That point has been long decided.